3/4/2021



This is not an official certificate of good standing.

## Name History

| Name | Name Type |
|---|---|
| Southern Home Care Services, Inc. | Legal |
| All Ways Caring HomeCare | Fictitious Name |

## Business Information

| | |
|---|---|
| **Business Type:** | Profit Corporation |
| **Business ID:** | 1228758 |
| **Status:** | Good Standing |
| **Effective Date:** | 08/03/2020 |
| **State of Incorporation:** | DE |
| **Principal Office Address:** | 805 N. Whittington Parkway, Suite 400 Louisville, KY 40222 |

## Registered Agent

**Name**

CORPORATION SERVICE COMPANY
7716 Old Canton Rd, Suite C
Madison, MS 39110

## Officers & Directors

| Name | Title |
|---|---|
| Sherry Pemberton<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | Director |
| Sherry Pemberton<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | Vice President |
| Natalie P. McCauley<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | Director |
| Natalie P. McCauley<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | Vice President |
| Rexanne A. Domico<br>805 N Whittington Pkwy | Director |

Louisville, KY 40222

| | |
|---|---|
| Rexanne A. Domico<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | President |
| Kevin G. Fisher<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | Assistant Treasurer |
| James F. Mattingly Jr<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | Treasurer |
| Steven S. Reed<br>805 N Whittington Pkwy<br>Louisville, KY 40222 | Secretary |